Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida
Orlando Division

_____
Lee Michael Tomko
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

_____
United States
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 6:25-CV-00780-WWB-UAM
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☑ Yes  ☐ No

# COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

  A. **The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  Name              Lee Michael Tomko
  Street Address    4651 Caverns Drive
  City and County   Kissimmee, Osceola
  State and Zip Code  Florida, 34758
  Telephone Number  689-241-9812
  E-mail Address    LeeTomko@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | United States |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

     City and County      _____

     State and Zip Code     _____

     Telephone Number    _____

     E-mail Address *(if known)*  _____

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

  ☑ Federal question     ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A. If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

  Federal Tort Claims Act (August 2, 1946, ch. 646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, 2674) ("FTCA")

  Theft of mail (18 U.S. Code § 1708)

**B. If the Basis for Jurisdiction Is Diversity of Citizenship**

  1. The Plaintiff(s)

    a. If the plaintiff is an individual

     The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

     The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation

   The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

   _____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

> A person sent me $1 billion and $100 million (two different pieces of mail) and it was stolen from the mail either by an unknown FBI agent or at the direction of the unknown FBI agent. To my knowledge the person that sent the money obtained it entirely through legitimate means. It is not illegal to send another person money. The act was intentional to destroy or steal the mail to prevent me from obtaining the money.
>
> The government informed me of this.
>
> Additional information is attached.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

An electronic payment of $1.1 billion

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4-26-2025

Signature of Plaintiff: Lee Michael Tomko

Printed Name of Plaintiff: Lee Michael Tomko

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____

## Jurisdiction

Under the Federal Tort Claims Act (FTCA), "The United States shall be liable, respecting the provisions of this title relating to tort claims, in the same manner and to the same extent as a private individual under like circumstances, but shall not be liable for interest prior to judgment or for punitive damages." 28 U.S.C. § 2674.

(28 USC § 1346(b)) "the district courts" … "shall have exclusive jurisdiction of civil actions on claims against the United States, for money damages, accruing on and after January 1, 1945, for injury or loss of property, or personal injury or death caused by the negligent or wrongful act or omission of any employee of the Government while acting within the scope of his office or employment, under circumstances where the United States, if a private person, would be liable to the claimant in accordance with the law of the place where the act or omission occurred."

## More Information

Here I lost a gift (property) twice when it was sent to me through the mail. The person that sent the money is an individual non-government person. They sent $1 billion on or around October 3rd, 2024. $100 million was sent more than 6 months ago. This person previously gave me two gifts. The government informed me (using the methods described below) that it was stolen from the mail and that the FBI stole or directed somebody to steal the mail.

More Information 1

Theft of mail is illegal under 18 U.S. Code § 1708: "Whoever steals" … "any mail" … "Shall be fined under this title or imprisoned not more than five years, or both."

I suffered a loss of $1.1 billion because the mail that contained this amount of money was never received.

Money is considered intangible personal property in Florida (2024 Florida Statutes, Title XIV, Chapter 192, 192.001, 11, b), so the Federal Tort Claims Act (FTCA) applies to this.

Here, constructive delivery occurred because the person sent the money gifts through the mail to me. The government informed me (using the methods described in this complaint) that this occurred. Manual delivery is impractical due to location (to my understanding) and delivery by mail is more practical.

Scherer v. Hyland 380 A.2d 698 (N.J. 1977). Id. at 701.:

> "It would find a constructive delivery adequate to support the gift when the evidence of donative intent is concrete and undisputed, when there is every indication that the donor intended to make a present transfer of the subject-matter of the gift, and when the steps taken by the donor to effect such a transfer must have been deemed by the donor as sufficient to pass the donor's interest to the donee."

I would have accepted the gifts if it had arrived in my mailbox. I am not aware of any condition on the gift.

Scherer v. Hyland 380 A.2d 698 (N.J. 1977):

> "acceptance will be implied if the gift is unconditional and beneficial to the donee. See, e.g., Sparks v. Hurley, 208 Pa. 166, 57 A. 364, 366 (Sup. Ct. 1904); Graham v. Johnston, 243 Iowa 112, 49 N.W.2d 540, 543 (Sup. Ct. 1951)."

A standard form 95 was sent to the FBI headquarters on October 12, 2024 for this claim. A response has not yet been received. I also sent requests for information on the $100 million gift to the White House, Marco Rubio, and Carlton Peeples at the FBI on September 28, 2024. The requests may have been asking about $100 million or asking about $1.1 billion. These requests have never worked in providing any useful information at all. See additional attachments for some of the responses I get when I get any kind of response.

I am suing for the entire $1.1 billion value of the stolen money.

**Evidence that this is real**

The following is evidence and descriptions of government communication to me. The government used similar methods to inform me of the stolen $1 billion and $100 million pieces of mail.

Government employees (and others) have been communicating through my computer and other electronic devices. This communication is obvious and easy for me to understand most of the time. It is frequently back and forth communication between two or more people in a conversation or argument-like manner. Similar behavior occurs person to person, is easily observable, obvious, and not random. It's obvious based on human behavior.

I've worked as a software engineer and developer for a number of years. I can tell that these communications and signaling are not random. The level of access that these people have to my electronic devices indicates that it is the government. The context of what is being communicated tells me that it is mostly FBI agents, an investigator who works for the White House, and occasionally members of Congress and presidents.

There was signaling as recently as April 23, 2025 intended to convince me that specifically this issue involving a person sending me a gift through the mail is real. It was an advertisement on my cell phone. It was for a diamond ring (an ecommerce site where you could purchase diamond rings), included the person's first name (I know who the gifter is) in the product name of the ring and included other common signals that they use. This kind of overwhelming obvious signal reinforces my understanding of this situation and that it is real. It is too overwhelming of a signal/communication to have been random. There is a real person that is signaling this to me using some sort of software to convince me (or reinforce) that this issue with the stolen gift is real. I was not

shopping for a diamond ring and had never heard of the ecommerce store before I saw the advertisement, so that makes it even more convincing that it is a communication/signal and not a random advertisement.

An employer in a job interview says the words "being investigated by the FBI" while talking about a background check.

Obvious hacking of someone's message on my computer. This was in a professional setting, the message was extremely unprofessional, several other people responded to the message as if it was a normal message. I have intentionally not included the text of this message in this document. This happened on November 9, 2023.

Eye contact or looking at me while saying "real" in a different context such as a working meeting.

Local police (or other authority) did not directly contact me (such as a phone call, email, or in person) at all after I told my employer and 3 people in my family that the FBI agent tried to kill me. Same thing after I reported that he tried to kill me to a member of Congress.

My employer asked me if they can contact the police on my behalf. This reveals that they were told not to contact the police. This is because of repeated defamation from the FBI agent.

The White House investigations advisor has many times signaled things through my electronics for the purpose of communicating that what I'm experiencing is real.

While I'm watching TV, the person on the TV says "air is on max" just as my air conditioning in my house turns on.

Computer screen glitches or flashes while a video is playing and a certain signaling word is said.

A unique or noticeably different pronunciation of certain signaling words on TV.

When eating at a restaurant, we are often placed at a table with an American flag decoration above the table.

Homeowners association violations - large increase in HOA violation letters during this time. On some of the violation emails and letters they were sending an image where there wasn't anything at all wrong in the image and after inspecting my front yard there wasn't anything wrong.

On June 19th, 2023 at around 7pm - I had just finished painting inside my house. I opened my phone and started scrolling through YouTube. There was a video/image of

More Information 6

about 10 different paint rollers and a man pointing to one that looks just like the ones I have and was using (plain white).

On May 18, 2023 at around 5:30pm - On my phone in the YouTube app, there was a baseball video game - showed an ankle injury in the image/thumbnail - I slightly injured my ankle in the exact spot that it showed.

On May 7, 2024 - When interacting with the front desk person at a doctor's office, I asked about one of the paper's they provided to me, they pointed to it using only their middle finger. After seeing this I lean back and make a gesture that I'm about to grab the paper work and leave. The person then immediately says several pleasantries and I leave. This kind of behavior makes it extremely obvious that the issues explained here are real.

On March 27th, 2023 at around 7:11pm - I just ate some chocolate pudding - then on the YouTube mobile phone app there is a video of chocolate mousse > random video > then a video thumbnail with the text "real" in it.

On April 17th, 2023 at around 8pm there was an Ice cream, big new car tires signal (on my phone in the YouTube app). Within the past few hours I got new tires on my car and ate ice cream.